IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CHOON FOO YONG,<br><br>　　　　　Debtor.<br><br>CHARLES SCHWAB BANK,<br><br>　　　　　Garnishee. | Case No. 2:24MC00164 KJM-CKD<br><br>**[PROPOSED] ORDER TERMINATING WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:22CR00053 KJM |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT:

　　1.　Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on April 17, 2024, is hereby TERMINATED; and

　　2.　The Clerk of the United States District Court shall CLOSE this miscellaneous case.

Dated: May 7, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4, yong0164.24

ORDER TERMINATING
WRIT OF GARNISHMENT

1